# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA

| IN RE: | CASE NO: 21-05191 |
|---|---|
| JOHN WESLEY DAWSON AND TAMMY KAY DAWSON | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** <br> Chapter: 7 |

On 3/1/2023, I did cause a copy of the following documents, described below,

Order Allowing Administrative Expenses and Directing Disbursement of Funds

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/1/2023

/s/ Arvind Mahendru, Esq.
Arvind Mahendru, Esq.  0061482
Chapter 7 Panel Trustee

5717 Red Bug Lake Road #284
Winter Springs, FL  32708
407 617 5354
amtrustee@gmail.com

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE:<br><br>JOHN WESLEY DAWSON AND TAMMY KAY DAWSON | CASE NO: 21-05191<br><br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br><br>Chapter: 7 |

On 3/1/2023, a copy of the following documents, described below,

Order Allowing Administrative Expenses and Directing Disbursement of Funds

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/1/2023

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Arvind Mahendru, Esq.

5717 Red Bug Lake Road #284
Winter Springs, FL  32708

USPS FIRST CLASS MAILING NOTICE LIST
Parties whose names are struck through were not served via First Class USPS Mail Service.

```
CASE INFO

 LABEL MATRIX FOR LOCAL NOTICING      ONEMAIN                              BLUE WATER THERAPY
NCRS ADDRESS DOWNLOAD                 PO BOX 3251                          916 DIXIE FWY
CASE 21-05191                         EVANSVILLE   IN 47731-3251           NEW SMYRNA BEACH  FL 32168-6220
MIDDLE DISTRICT OF FLORIDA
WED MAR 1 11-58-6 PST 2023


BREVARD PHYSICIAN ASSOCIATES          CAPITAL ONE                          CAPITAL ONE BANK (USA)  NA
PO BOX 117432                         ATTN BANKRUPTCY                      BY AMERICAN INFOSOURCE AS AGENT
ATLANTA  GA 30368-7432                PO BOX 30285                         PO BOX 71083
                                      SALT LAKE CITY   UT 84130-0285       CHARLOTTE  NC  28272-1083


CENTRAL FLORIDA PATHOLOGY AS          CREDIT ONE BANK                      FEDLOAN
PO BOX 140987                         ATTN BANKRUPTCY DEPARTMENT           ATTN BANKRUPTCY
ORLANDO  FL 32814-0987                PO BOX 98873                         PO BOX 60610
                                      LAS VEGAS  NV 89193-8873             HARRISBURG  PA 17106-0610


FLORIDA DEPARTMENT OF REVENUE         FREEDOM MORTGAGE CORPORATION         GOLDMAN SACHS BANK  USA
BANKRUPTCY UNIT                       ATTN BANKRUPTCY                      BY AIS INFOSOURCE  LP AS AGENT
POST OFFICE BOX 6668                  907 PLEASANT VALLEY AVE  STE 3       PO BOX 4457
TALLAHASSEE FL 32314-6668             MT LAUREL  NJ 08054-1210             HOUSTON  TX  77210-4457


GULF COAST COLLECTION BUREAU          HRRG                                 HEALTH FIRST
PO BOX 21239                          PO BOX 8486                          VIERA HOSPITAL  INC
FL 34227-6000                         POMPANO BEACH  FL 33075-8486         PO BOX 628349
                                                                           ORLANDO  FL 32862-8349


INTERNAL REVENUE SERVICE              LVNV FUNDING  LLC                    LAUNCH FEDERAL CREDIT
POST OFFICE BOX 7346                  RESURGENT CAPITAL SERVICES           301 W NEW YORK N HIGHWAY 1
PHILADELPHIA PA 19101-7346            PO BOX 10587                         COCOA  FL 32927
                                      GREENVILLE  SC 29603-0587


MARCUS BY GOLDMAN SACHS               MY PREVIA                            NEMOURS
ATTN BANKRUPTCY                       311 ARSENAL ST                       PO BOX 105534
PO BOX 45400                          SANDY POINT  ME 04972                ATLANTA  GA 30348-5534
SALT LAKE CITY  UT 84145-0400


ONEMAIN FINANCIAL                     RESURGENT CAPITAL SERVICES           SOUTHERN SELF STORAGE
ATTN BANKRUPTCY                       ATTN BANKRUPTCY                      3515 S RIDGEWOOD AVE
PO BOX 3251                           PO BOX 10497                         EDGEWATER  FL 32141-7933
EVANSVILLE  IN 47731-3251             GREENVILLE  SC 29603-0497


SPACE COAST CREDIT UNION              (P)SPRING OAKS CAPITAL  LLC          SURGERY PARTNERS
ATTN BANKRUPTCY                       1400 CROSSWAYS BLVD STE 100B         PO BOX 2090
8045 NORTH WICKHAM ROAD                CHESAPEAKE VA 23320-0207            MORRISVILLE  NC 27560-2090
MELBOURNE  FL 32940-7920
```

| | | |
|---|---|---|
| TEAM HEALTH<br>265 BROOKVIEW CENTRE WAY<br>SUITE 400<br>KNOXVILLE   TN 37919-4052 | TROMBERG MORRIS POULIN   PLLC<br>1515 SOUTH FEDERAL HIGHWAY<br>SUITE 100<br>BOCA RATON   FL 33432-7404 | US DEPARTMENT OF EDUCATION<br>CO FEDLOAN SERVICING<br>PO BOX 69184<br>HARRISBURG   PA 17106-9184 |
| UF HEALTH<br>PO BOX 16501<br>LEWISTON   ME 04243 | UNITED STATES TRUSTEE   ORL713<br>OFFICE OF THE UNITED STATES TRUSTEE<br>GEORGE C YOUNG FEDERAL BUILDING<br>400 WEST WASHINGTON STREET   SUITE 1100<br>ORLANDO   FL 32801-2210 | VOLUSIA COUNTY TAX COLLECTOR<br>123 WEST INDIANA AVENUE<br>ROOM 103<br>DELAND FL 32720-4615 |
| ZWICKER   ASSOCIATES<br>10751 DEERWOOD PARK BLVD<br>SUITE 100<br>JACKSONVILLE   FL 32256-4835 | ~~EXCLUDE~~<br>~~ARVIND MAHENDRU~~<br>~~ARVIND MAHENDRU   CHAPTER 7 TRUSTEE~~<br>~~5717 RED BUG LAKE RD 284~~<br>~~WINTER SPRINGS   FL 32708 4957~~ | ELAYNE M CONRIQUE<br>PEREZ CONRIQUE LAW<br>746 NORTH MAGNOLIA AVENUE<br>ORLANDO   FL 32803-3809 |
| DEBTOR<br>JOHN WESLEY DAWSON<br>208 S GAINES ST<br>OAK HILL   FL 32759-9339 | DEBTOR<br>TAMMY KAY DAWSON<br>208 S GAINES ST<br>OAK HILL   FL 32759-9339 | |